**95–658.** McClellan v. Franklin Cty. Court of Common Pleas. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration of petitioner's application for dismissal,

IT IS ORDERED by the court that said application for dismissal be, and hereby is, granted, effective April 12, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.